**Electronically Filed
Supreme Court
SCWC-25-0000006
06-MAY-2026
10:18 AM
Dkt. 15 OGAC**

SCWC-25-0000006

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee/Cross-Appellant,

vs.

ALVIN TRAN,
Petitioner/Defendant-Appellant/Cross-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-25-0000006; CASE NO. 1CPC-20-0000890)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, and Ginoza, JJ.,
Circuit Judge Souza, in place of Devens, C.J., recused,
and Circuit Judge Tonaki assigned by reason of vacancy)

The court accepts Petitioner/Defendant-Appellant/Cross-Appellee Alvin Tran's application for writ of certiorari filed on March 6, 2026.

Under Hawai'i Rules of Appellate Procedure Rule 40.1, this court "may limit the question on review." Here, we limit the question on review to question presented "d" of Petitioner's application for writ of certiorari.

Oral argument will be scheduled.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawai'i, May 6, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Kevin A. Souza

/s/ John M. Tonaki

